**\*\* E-filed November 23, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REBECCA TUCKER,<br><br>    Plaintiff,<br>    v.<br><br>REGENT ASSET MANAGEMENT SOLUTIONS, INC.; and MICHAEL SCATA,<br><br>    Defendants.<br>_____/ | No. C11-02335 HRL<br><br>**ORDER GRANTING MICHAEL SCATA'S REQUEST TO APPEAR BY TELEPHONE** |

 Having considered DEFENDANT Michael Scata's request to appear by telephone at the status conference set for November 29, 2011 at 1:30 p.m., and good cause appearing, the court grants the request. Mr. Scata shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: November 23, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 11-02335 HRL Notice will be electronically mailed to:**

Todd Michael Friedman          tfriedman@attorneysforconsumers.com
Darin Shaw          dshaw@attorneysforconsumers.com

**Notice will be mailed to:**

Michael Scata
7131 Four Rivers Road
Boulder, CO 80301

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2