**\*\* E-filed January 17, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REBECCA TUCKER, | No. C11-02335 HRL |
| Plaintiff, | **INTERIM ORDER RE: DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| REGENT ASSET MANAGEMENT SOLUTIONS, INC.; and MICHAEL SCATA, | |
| Defendants. | |

On January 17, 2012, counsel for the plaintiff and defendant Michael Scata appeared via telephone for a hearing on Scata's motion to dismiss for lack of personal jurisdiction. When considering a motion challenging personal jurisdiction, the court has broad discretion to permit discovery "where pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary." Data Disc, Inc. v. Systems Technology Associates, Inc., 557 F.2d 1280, 1285, n. 1 (9th Cir. 1977). In this case, facts pertinent to jurisdiction do appear to be controverted. Accordingly, the undersigned grants the plaintiff the opportunity to conduct jurisdictional discovery to determine whether this court may exercise personal jurisdiction over defendant Scata. Plaintiff Tucker may depose Scata and request that Scata produce information and documentation relevant to this issue, and may submit her own declaration attesting to jurisdictional facts. Tucker shall submit whatever additional information she wishes to present to the court no later than **March 16, 2012**. In addition, Scata may submit any additional

evidence that is both relevant to the jurisdictional issue and properly authenticated to the court no later than **February 17, 2012**.

The matter is taken under submission and the court will issue a ruling. Should a further hearing be necessary, the court will schedule one.

**IT IS SO ORDERED.**

Dated: January 17, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-02335 HRL Notice will be electronically mailed to:**

Todd Friedman           tfriedman@attorneysforconsumers.com
Darin Shaw             dshaw@attorneysforconsumers.com

**Notice will be sent by mail to:**

Michael Scata
7131 Four Rivers Rd.
Boulder, CO 80301

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California