Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA TUCKER,** | Case No. 5:11-CV-02335-HRL |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| **REGENT ASSET MANAGEMENT SOLUTIONS, INC.,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 10th day of January, 2013.

By:  s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 10th day of January, 2013, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 10th day of January, 2013, via the ECF system to:

Honorable Howard R. Lloyd
United States District Court
Northern District of California

A copy sent via mail on this 10th day of January, 2013, to:

Regent Asset Management Solutions, Inc.
7720 W. 119th St.
Overland Park, KS 66213


By: s/Todd M. Friedman
       Todd M. Friedman